Zheng "Andy" Liu (S.B.# 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Fax: (510) 987-8411
Email: Andy.Liu@AptumLaw.us
*Attorneys for Debtor HL Fairview LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>HL Fairview LLC,<br><br>        Debtor, | Case No. 23-41275<br><br>Chapter 7<br><br>**DEBOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS** |

Debtor HL Fairview LLC ("Debtor"), respectfully represents:

1. On October 2, 2023, Debtor filed a skeleton petition of in this Chapter 7 case.

2. Pursuant to Court's October 2, 2023 order (DOC #4), Debtor was required to file the full petition on or before October 18, 2023.

3. The preparation of the required schedules and statements has been impeded due to the unavailability of Debtor's officers. This unforeseeable absence caused a significant delay to meet the current October 18, 2023 deadline.

4. Debtor respectfully requests until November 1, 2023 to finalize and file the required documents.

1

5. This is the first time Debtor has requested an extension in this case.

WHEREFORE, Debtor prays for an Order extending time to file the required documents until November 1, 2023.

Dated: October 18, 2023

_____
Zheng Liu
*Attorneys for Debtor*