Zheng "Andy" Liu (S.B.# 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Fax: (510) 987-8411
Email: Andy.Liu@AptumLaw.us
*Attorneys for Debtor HL Fairview LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HL Fairview LLC,<br><br>　　　　Debtor, | Case No. 23-41275<br><br>Chapter 7<br><br>**DECLARATION OF COUNSEL FOR DEBTOR**<br><br>**[No Hearing Requested]** |

I, Zheng Liu, declare:

1.　　I am an attorney for Debtor HL Fairview LLC in the above bankruptcy case.

2.　　On October 2, 2023, Debtor filed a skeleton petition of in this Chapter 7 case.

3.　　Pursuant to Court's October 2, 2023 order (DOC #4), Debtor was required to file the full petition on or before October 18, 2023.

4.　　The preparation of the required schedules and statements has been impeded due to the unavailability of Debtor's officers. This unforeseeable absence caused a significant delay to meet the current October 18, 2023 deadline.

5.　　Debtor respectfully requests until November 1, 2023 to finalize and file the required

1

documents.

6. This is the first time Debtor has requested an extension in this case.

I declare under penalty of perjury that the above statements are true and that, if called as a witness, I could and would testify to their truthfulness. To the extent statements made above are on information and belief, I am informed and believe them to be true. This declaration is executed on October 18, 2023.

_____
Zheng Liu
*Attorney for Debtor*

Zheng "Andy" Liu (S.B.# 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Fax: (510) 987-8411
Email: Andy.Liu@AptumLaw.us
*Attorneys for Debtor HL Fairview LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>HL Fairview LLC,<br><br>        Debtor, | Case No. 23-41275<br><br>Chapter 7<br><br>**[PROPOSED] ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS**<br><br>**[No Hearing Requested]** |

Upon the application of Debtor, and it appearing that Debtor has represented good cause to extend time to file the required documents; it is hereby

ORDER that Debtor Renovii Inc. shall have until November 1, 2023 to file the required documents listed in DOC #4.

**END OF ORDER*

**\*\*COURT SERVICE LIST\*\***
**NO MAIL SERVICE REQUIRED**

3

[PROPOSED] ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS