# COUNTER OFFER TO THE "VACANT LAND PURCHASE AGREEMENT AND JOINT ESCROW INSTRUCTIONS"

In regards to the Vacant Land Purchase Agreement And Joint Escrow Instructions ("The Offer") to purchase the real property commonly known as Alameda County Assessor's Parcel Numbers 417-0270-006, 417-0270-003, 417-0260-004, and 417-0270-009, comprising approximately 14.3 Acres and commonly known as 24830 Fairview Avenue, Hayward, County of Alameda, State of California ("The Property"), dated February 2, 2024 and made by Prithpal Kaur Athwal ("Buyer"), the following Counter Offer is submitted:

-The Offer and this Counter Offer shall be known collectively as "The Agreement" and shall represent the entire concordat of the parties.

- Seller is The Chapter 7 Bankruptcy Estate of HL Fairview LLC, Case Number 23-41275, Northern District of California, Janina Hoskins, Trustee.

-**RE #2:** The following agency relationships are confirmed in this transaction: Keller Williams Realty and RE/MAX Gold are the agents of the Seller exclusively. Inizio Realty INC is the agent of the Buyer exclusively.

The California Association of Realtors form "Possible Representation of More Than One Buyer or Seller- Disclosure and Consent" is hereby deleted in its entirety.

-**RE #3-B, #7, #16, and #22:** Buyer is aware that Seller is a Bankruptcy Trustee selling on behalf of a Bankruptcy Estate and the **sale is subject to United States Bankruptcy Court approval.** "Approval" as used in this Counter Offer means entry of one or more orders by the court approving the sale, including such approval as is necessary to sell the Property free and clear of existing liens and encumbrances and rights of co-owners and any other orders necessary to convey title. It is estimated that the time period for approval is Thirty to Sixty (30-60) days. Close of Escrow shall be 15 days or sooner after court approval.

Conveyance of the property shall be accomplished by a Trustee's Deed, Bargain and Sale Deed, or any other instrument which the Seller shall deem appropriate, and which shall deliver clean, clear, and marketable title to Buyer. Seller will not execute a General or Special Warranty Deed, and is selling the Estate's interest in the property, AS-IS and WHERE-IS. In the event that Seller is unable to deliver title to Buyer for any reason, Seller may elect to terminate The Agreement at Seller's sole discretion. Seller shall not be obligated to cure any defects in title.

-**RE #3-D, 3-Q (4), and #5-A:** Earnest Money Deposit is due within Seventy-Two (72) hours of mutual acceptance. If Earnest Money Deposit is not received within the specified timeframe, Seller may unilaterally elect to terminate The Agreement.

Escrow holder and issuer of Buyer's Policy of Title Insurance shall be Lawyer's Title of San Mateo, California. Susan Burnett, Escrow Officer. 650-801-3532. sburnett@ltic.com

Seller shall bear no costs associated with Buyer's escrow costs or Buyer's policy of title insurance. Natural Hazard Zone Disclosure Report shall not be provided at Seller's expense. Buyer bears full responsibility for any Government Point of Sale Requirements, mandatory investigations, or reports.

Seller will pay Alameda County Documentary Transfer Tax and City of Hayward Documentary Transfer Tax (if applicable).

-RE #3-G(3) and #21: This provision is hereby deleted in its entirety. All real estate commissions due and payable under The Agreement are subject to United States Bankruptcy Court approval.

-RE #3-H (1), #3L (1 and 2), #5 (B through E), #6 and #8 (A&B): Buyer hereby affirms that The Offers being made and The Property is being sold as an all-cash transaction and is not subject to review by lender, appraiser, or any other third party for approval.

The California Association of Realtors form "Fair Appraisal Act Addendum" is hereby deleted in its entirety.

**Buyer shall deliver to Seller proof of adequate funds through delivery of an Estimated Seller's Settlement Statement of funds adequate to consummate the sale contemplated herein concurrently with this Counter Offer.**

-RE #3-L (5,6,8,9), #8 (E, F, H, I), #9, #11, #12, #13, #15, #17, #18, #19 #28 #29 and Buyer's Vacant Land Additional Inspection Advisory: This transaction is exempt from the disclosure requirements referenced in these provisions, and therefore such disclosures will not be provided. Buyer shall satisfy themselves as to the items contained in these disclosures. Seller is selling and Buyer is purchasing The Property in its present "as is" condition without representation or warranties of any kind. Buyer is not relying on Seller or Seller's agents as to the condition or safety of The Property and/or any improvements thereon, including but not limited to availability of sewer, electricity, cable or any other public utility, soils and geology, lot size, boundary locations, or suitability of The Property and/or its improvements for particular purposes, or that any components of The Property are in working order, or that improvements are structurally sound and/or in compliance with any city, county, state, and/or federal statutes, codes, or ordinances. Seller will not be obligated to make any changes, alterations, or repairs to The Property.

Any reports or corrective work required by Buyer is to be the sole responsibility of Buyer. Seller shall not pay for investigation or installation of nor is Seller in possession of any soils testing, engineering reports of any kind, well reports, water rights information, water stock certificates, water and sewer taps or connections, presence of oil and gas on Property, oil or gas activity on adjacent properties, mineral rights, mineral leases, surveys of any kind, occupancy agreements, leased/liened items, methamphetamine production or use at The Property, zoning, lead-based paint, and Americans With Disabilities Act compliance.

Buyer assumes responsibility to check with appropriate planning authority regarding Buyer's intended use of the Property and agrees to hold Seller and Seller's agents harmless as to Buyer's intended use. Seller believes The Property is exempt from the federal Lead-Based Paint Disclosure.

Seller does not warrant existing structures, if any, as to habitability or suitability for occupancy.

If The Property is damaged by fire, flood, tornado, or any other "Act of God", prior to Closing Date, Seller may elect to terminate The Agreement unilaterally. Seller shall not be obligated to repair any damage that is the result of such "Acts of God".

**The closing of the transaction shall constitute acknowledgment by Buyer that The Property are accepted without representation or warranty of any kind and in their present "as is" condition based solely on Buyer's own inspections and investigations.**

Buyer hereby assumes all responsibility for investigation of water rights, water supplies, well rights, well water testing, and any other responsibilities for transfer of ownership of well in accordance with local and state statutes.

Seller is unaware if The Property is subject to a Common Interest Development, Home Owner's Association, Property Owner's Association, or any other extra-governmental authority. Buyer assumes full responsibility of determining if Property is subject to such entities, procuring documents and regulations for such entities, and delivering any transfer charges to escrow company.

Seller is unaware of any leased or liened items present at The Property.

Seller has no duty to remove items of personal property prior to the Closing.

-**RE #4:** The California Association of Realtor's forms "Fair Housing and Discrimination Advisory", "Wire Fraud Advisory", and "California Consumer Privacy Act Advisory" are hereby deleted in their entirety.

-**RE #25, #36, #37, and #38 (Attorney's Fees, Disposition of Deposits, Liquidated Damages, Mediation and Arbitration of Disputes):** These provisions are hereby deleted in their entirety. The sole jurisdiction for ANY dispute arising out of The Agreement shall be vested in the United States Bankruptcy Court for Northern District of California in Case Number 23-41275.

**RE: "BUYER CONTINGENCY REMOVAL No. 1"** -Buyer hereby affirms the The Offer is made free and clear of any and all contingencies and represents an unconditional promise to purchase The Property within Fifteen (15) days of United States Bankruptcy Court approval.

**-Sale Is Subject To Overbidding.** Final overbidding terms (dates and time) will be provided to Buyer when a hearing date is obtained.

   a. To be a qualified Overbidder, Overbidder must agree to same or better terms of The Agreement (including accepted counteroffers or other addenda) and waive all contingencies. Overbidder must provide a deposit of Fifty-Five Thousand Dollars ($55,000) (via cashier's check or other good funds, to be delivered to counsel for the Seller (Janina M. Hoskins, solely in her capacity as Chapter 7 Trustee), Michael C. Fallon, The Law Office of Michael C. Fallon, 100 E Street, Suite 219, Santa Rosa, CA 95404 or to Nathan Genovese of RE/MAX Gold, the agent of the Seller. Overbidders must provide proof of funds and financial ability to complete this transaction.

   b. Open outcry auction to be set once the contingencies are removed and Seller is able to obtain a hearing date for court approval of the sale.

   c. Auction format will be remote via telephone, conference call, Zoom, Microsoft Teams, or the like.

   d. Minimum initial overbid of Two Million Seven Hundred Fifty Thousand Dollars ($2,750,000).

   e. Minimum overbid increments will be Ten Thousand Dollars ($10,000) each.

**OTHER TERMS:** All other terms to remain the same.

**RIGHT TO ACCEPT OTHER OFFERS:** Seller reserves the right to accept any other offers prior to Buyer's written acceptance of this Counter Offer. Acceptance shall not be effective until a copy of this Counter Offer, dated and signed by Buyer, is received by Seller or Seller's Authorized Agent.

**EXPIRATION:** This Counter Offer shall expire unless written acceptance is delivered to Seller or Seller's Agent on or before 12:00 PM Pacific Time on February 15, 2024.

*~THIS SPACE INTENTIONALLY LEFT BLANK~*

Seller _____/s/_____  Date Feb. 13, 2024

Chapter 7 Bankruptcy Estate of HL Fairview LLC
Case No. 23-41275
By Janina Hoskins, Chapter 7 Trustee

## ACCEPTANCE

The undersigned Buyer accepts the above Counter Offer:

Buyer _____  Date _____

## ~END OF DOCUMENT~