UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re: HL FAIRVIEW LLC § Case No. 23-41275
§
§
§
Debtor(s)

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/02/2023. The undersigned trustee was appointed on 10/02/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $      2,769,919.29

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 2,317,618.03 |
| Administrative expenses | 199,694.88 |
| Bank service fees | 2,725.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 249,880.79 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/11/2023 and the deadline for filing governmental claims was 03/30/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $86,347.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $106,347.58, for a total compensation of $86,347.58$_2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $61.03 for total expenses of $61.03$_2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/21/2024                         By: /s/ Janina M. Hoskins
                                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 23-41275  
Case Name: HL FAIRVIEW LLC  
For Period Ending: 11/21/2024

Trustee Name: (007880) Janina M. Hoskins  
Date Filed (f) or Converted (c): 10/02/2023 (f)  
§ 341(a) Meeting Date: 11/07/2023  
Claims Bar Date: 12/11/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America- Saving Account 9880 | 358.27 | 358.27 | | 0.00 | FA |
| 2 | Bank of America Checking Account 0061 | 108.21 | 108.21 | | 0.00 | FA |
| 3 | RESIDENCE, BUILDING, LAND<br>Report of sale filed- Dckt. 55<br>2 parcels of land with APN of 417-0270-006 and 417-0270-003- sole owner: ASSET address is the same as ASSET no. 4- all sales transactions entered under Asset no. 4. | 1,500,000.00 | 1,500,000.00 | | 0.00 | FA |
| 4 | RESIDENCE, BUILDING, LAND<br>Report of sale- Dckt. 55: 4 parcels total (asset nos. 3 and 4) one address for four (4) parcels. Sale gross to net reporting completed under asset no. 4.<br>2 parcels of land with APN of: 417-0260-004 and 417-0260-009- sole owner: | 2,300,000.00 | 2,300,000.00 | | 2,760,000.00 | FA |
| 5 | Real Property tax credit from escrow (u)<br>Pro rated property taxes due to estate as credit from escrow (4/10-24 - 7/1/24) | 0.00 | 9,919.29 | | 9,919.29 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$3,800,466.48** | **$3,810,385.77** | | **$2,769,919.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

> 10/3/23- jmh case review, online research, refer to Fallon, Crom and Genovese  
> 10/26/23- fu re employment order re broker, 341 prep  
> 11/2/23- review schedules and sofa  
> 12/28/23- year end review  
> 2/5/24- review offer and prepare analysis re same and counter offer re price  
> 3/28/24- fu re sale closing, escrow documents and open estate bank account - Dckt. 49 Sale Order  
> 4/4/24- review draft of Grant Deed, compare to prelim.  
> 4/10/24- confirm wire of sale proceeds, task report of sale  
> 4/16/24- Report of Sale- Dckt. 55- allocate all gross to net proceeds to Asset no. 4- 4 parcels nos., but one address  
> 6/14/24- review ruling in favor of estate upholding objection to claim no. 3  
> 4/15/24- RP (asset nos. 3-4 combined) sold- report filed 4/16/25- Dckt. 55: Pending objection to claim no. 3, final fees and taxes, then close case

**Initial Projected Date Of Final Report (TFR):** 12/31/2024  **Current Projected Date Of Final Report (TFR):** 11/21/2024 (Actual)

11/21/2024  
Date

/s/Janina M. Hoskins  
Janina M. Hoskins

Case: 23-41275    Doc# 65    Filed: 12/23/24    Entered: 12/23/24 15:12:13    Page 3 of 14

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 23-41275 | Trustee Name: | Janina M. Hoskins (007880) | |
| Case Name: | HL FAIRVIEW LLC | Bank Name: | TriState Capital Bank | |
| Taxpayer ID #: | **-***8153 | Account #: | ******5684 Checking | |
| For Period Ending: | 11/21/2024 | Blanket Bond (per case limit): | $57,885,129.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/24 | | Lawyers Title | INCOMING WIRE FROM LAWYERS TIT LE COMPANY 74654485 | | 250,362.12 | | 250,362.12 |
| | {4} | | Gross sales proceeds re 24830 Fairview Ave- Hayward CA $2,760,000.00 | 1110-000 | | | |
| | {5} | | Real property tax pro rated credit to estate $9,919.29 | 1290-000 | | | |
| | | DGL Investment Inc. DGL Investment Inc. | payoff of first deed of trust- DGL -$986,330.28 | 4110-000 | | | |
| | | DGL Investment Inc. DGL Investment Inc. | payoff of second deed of trust- DGL- Claim no. 5: paid in full -$847,372.46 | 4110-000 | | | |
| | | Fenping Wang and David Reichard Fenping Wang and David Reichard | payoff of 3rd position deed of trust -$442,050.00 | 4110-000 | | | |
| | | Alameda County Treasurer Alameda County Treasurer | Delinquent RP taxes- prepetition -$41,865.29 | 4700-000 | | | |
| | | Alameda County Tax Collector Alameda County Tax Collector | post petition real property taxes- 4 parcels -$60,414.14 | 2820-000 | | | |
| | | Inizio Realty Inizio Realty | real estate commission -$69,000.00 | 3510-000 | | | |
| | | Remax Gold Remax Gold | real estate commission -$34,500.00 | 3510-000 | | | |
| | | Keller Williams Keller Williams | real estate commission -$34,500.00 | 3510-000 | | | |
| | | Alameda County Tax Collector Alameda County Tax Collector | Real estate County Transfer tax -$3,036.00 | 2820-000 | | | |
| | | Lawyers Title Lawyers Title | Escrow processing fee -$250.00 | 2500-000 | | | |
| | | Lawyers Title Lawyers Title | Recording fees -$194.00 | 2500-000 | | | |
| | | Lawyers Title Lawyers Title | CALFIRPTA processing fee re CA form 593 -$45.00 | 2500-000 | | | |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 266.77 | 250,095.35 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 413.06 | 249,682.29 |
| 06/10/24 | | Lawyers Title | Title refund re property taxes | 2820-000 | | -2,244.26 | 251,926.55 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 374.62 | 251,551.93 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 442.27 | 251,109.66 |

Page Subtotals: $250,362.12  -$747.54

Case: 23-41275   Doc# 65   Filed: 12/23/24   Entered: 12/23/24 15:12:13   Page 4 of 14

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case No.: | 23-41275 | Trustee Name: | Janina M. Hoskins (007880) | |
| Case Name: | HL FAIRVIEW LLC | Bank Name: | TriState Capital Bank | |
| Taxpayer ID #: | **-***8153 | Account #: | ******5684 Checking | |
| For Period Ending: | 11/21/2024 | Blanket Bond (per case limit): | $57,885,129.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 401.36 | 250,708.30 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 387.36 | 250,320.94 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 440.15 | 249,880.79 |
| | | COLUMN TOTALS | | | 250,362.12 | 481.33 | $249,880.79 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 250,362.12 | 481.33 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $250,362.12 | $481.33 | |

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-41275 | **Trustee Name:** | Janina M. Hoskins (007880) |
| **Case Name:** | HL FAIRVIEW LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***8153 | **Account #:** | ******5684 Checking |
| **For Period Ending:** | 11/21/2024 | **Blanket Bond (per case limit):** | $57,885,129.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $250,362.12 |
| Plus Gross Adjustments: | $2,519,557.17 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,769,919.29 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5684 Checking | $250,362.12 | $481.33 | $249,880.79 |
| | **$250,362.12** | **$481.33** | **$249,880.79** |

| | |
|---|---|
| 11/21/2024 | /s/Janina M. Hoskins |
| Date | Janina M. Hoskins |

# Exhibit C

## Claims Register

**Case: 23-41275 HL FAIRVIEW LLC**

**Claims Bar Date:** 12/11/23 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BCC EXP | BACHEKI, CROM & CO., CPA'S<br>400 Oyster Point Blvd. #106<br>South San Francisco, CA 94080 | Admin Ch. 7 | | $ 133.16 | $0.00 | $133.16 |
| BCC FEES | BACHEKI, CROM & CO., CPA'S<br>400 Oyster Point Blvd. #106<br>South San Francisco, CA 94080 | Admin Ch. 7 | | $ 9,368.00 | $0.00 | $9,368.00 |
| Fallon Exp | MICHAEL C. FALLON<br>100 E STREET, SUITE 219<br>Santa Rosa, CA 95404 | Admin Ch. 7 | | $ 207.42 | $0.00 | $207.42 |
| Fallon Fees | MICHAEL C. FALLON<br>100 E STREET, SUITE 219<br>Santa Rosa, CA 95404 | Admin Ch. 7 | | $ 36,900.00 | $0.00 | $36,900.00 |
| FEE | Janina M. Hoskins<br>P.O. Box 158<br>Middletown, CA 95461 | Admin Ch. 7 | | $ 86,347.58 | $0.00 | $86,347.58 |

# Exhibit C

## Claims Register

**Case: 23-41275 HL FAIRVIEW LLC**

**Claims Bar Date:** 12/11/23 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TE | Janina M. Hoskins<br>P.O. Box 158<br>Middletown, CA 95461 | Admin Ch. 7 | | $ 61.03 | $0.00 | $61.03 |
| 1 | Fangfang Wu<br>1754 Technology Drive, Suite 122<br>San Jose, CA 95110 | Unsecured | | $ 1,300,000.00 | $0.00 | $1,300,000.00 |
| 2 | Yiting Sheng<br>4440 Bush Circle<br>Fremont, CA 95438 | Unsecured | | $ 200,000.00 | $0.00 | $200,000.00 |
| 3 | Shang Yanwei<br>557 Casita Way<br>Los Altos, CA 94022 | Unsecured | | $ 1,136,500.00 | $0.00 | $1,136,500.00 |
| 4 | DGL Investment Inc.<br>3223 Pandorea CT<br>Pleasanton, CA 94588 | Secured | | $ 1,833,702.74 | $1,833,702.74 | $0.00 |

# Exhibit C

## Claims Register

**Case: 23-41275 HL FAIRVIEW LLC**

**Claims Bar Date:** 12/11/23 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Yan Cui<br>5595 Starfire Circle<br>Fremont, CA 94538 | Unsecured | | $ 170,000.00 | $0.00 | $170,000.00 |
| 6 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Priority Unsecured | | $ 800.00 | $0.00 | $800.00 |
| 7 | Franchise Tax Board (ADMINISTRATIVE)<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | Admin Ch. 7 | 07/30/2024 15:23:11 | $ 863.09<br>System was unable to recognize exact class of claims due to the mismatch in the amounts sum. Other amounts were as follows:<br>Administrative Chapter 7: $863.09<br>Claim Amount: $0.00 | $0.00 | $863.09 |
| 100 | Fenping Wang and David Reichard | Secured | | $ 442,050.00 | $442,050.00 | $0.00 |

# Exhibit C

## Claims Register

**Case: 23-41275 HL FAIRVIEW LLC**

**Claims Bar Date:** 12/11/23 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 101 | Alameda County Treasurer | Secured | | $ 41,865.29 | $41,865.29 | $0.00 |
| 102 | Inizio Realty | Admin Ch. 7 | | $ 69,000.00 | $69,000.00 | $0.00 |
| 103 | Alameda County Tax Collector | Admin Ch. 7 | 103 | $ 58,169.88 | $58,169.88 | $0.00 |
| 104 | Remax Gold | Admin Ch. 7 | | $ 34,500.00 | $34,500.00 | $0.00 |
| 105 | Keller Williams | Admin Ch. 7 | | $ 34,500.00 | $34,500.00 | $0.00 |

# Exhibit C

## Claims Register

**Case: 23-41275 HL FAIRVIEW LLC**

**Claims Bar Date:** 12/11/23 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 106 | Alameda County Tax Collector | Admin Ch. 7 | 106 | $ 3,036.00 | $3,036.00 | $0.00 |
| 107 | Lawyers Title | Admin Ch. 7 | | $ 250.00 | $250.00 | $0.00 |
| 108 | Lawyers Title | Admin Ch. 7 | | $ 194.00 | $194.00 | $0.00 |
| 109 | Lawyers Title | Admin Ch. 7 | | $ 45.00 | $45.00 | $0.00 |
| | | | **Case Total:** | | $2,517,312.91 | $2,941,180.28 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-41275
Case Name: HL FAIRVIEW LLC
Trustee Name: Janina M. Hoskins

**Balance on hand:** $ 249,880.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | DGL Investment Inc. | 1,802,166.43 | 1,833,702.74 | 1,833,702.74 | 0.00 |
| 100 | Fenping Wang and David Reichard | 0.00 | 442,050.00 | 442,050.00 | 0.00 |
| 101 | Alameda County Treasurer | 0.00 | 41,865.29 | 41,865.29 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 249,880.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Janina M. Hoskins | 86,347.58 | 0.00 | 86,347.58 |
| Trustee, Expenses - Janina M. Hoskins | 61.03 | 0.00 | 61.03 |
| Costs re Sale of Property (closing costs, etc.) - Lawyers Title | 250.00 | 250.00 | 0.00 |
| Costs re Sale of Property (closing costs, etc.) - Lawyers Title | 194.00 | 194.00 | 0.00 |
| Costs re Sale of Property (closing costs, etc.) - Lawyers Title | 45.00 | 45.00 | 0.00 |
| Other State or Local Taxes (post-petition) - Alameda County Tax Collector | 58,169.88 | 58,169.88 | 0.00 |
| Other State or Local Taxes (post-petition) - Alameda County Tax Collector | 3,036.00 | 3,036.00 | 0.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board (ADMINISTRATIVE) | 863.09 | 0.00 | 863.09 |
| Attorney for Trustee Fees (Other Firm) - MICHAEL C. FALLON | 36,900.00 | 0.00 | 36,900.00 |
| Attorney for Trustee Expenses (Other Firm) - MICHAEL C. FALLON | 207.42 | 0.00 | 207.42 |
| Accountant for Trustee Fees (Other Firm) - BACHEKI, CROM & CO., CPA'S | 9,368.00 | 0.00 | 9,368.00 |
| Realtor for Trustee Fees - Inizio Realty | 69,000.00 | 69,000.00 | 0.00 |
| Realtor for Trustee Fees - Remax Gold | 34,500.00 | 34,500.00 | 0.00 |
| Realtor for Trustee Fees - Keller Williams | 34,500.00 | 34,500.00 | 0.00 |
| Other Professional's Expenses - BACHEKI, CROM & CO., CPA'S | 133.16 | 0.00 | 133.16 |

|  | Total to be paid for chapter 7 administrative expenses: | $ | 133,880.28 |
|  | Remaining balance: | $ | 116,000.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|  | Remaining balance: | $ | 116,000.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $800.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | FRANCHISE TAX BOARD | 800.00 | 0.00 | 800.00 |

|  | Total to be paid for priority claims: | $ | 800.00 |
|  | Remaining balance: | $ | 115,200.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,636,500.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fangfang Wu | 1,300,000.00 | 0.00 | 56,802.83 |
| 2 | Yiting Sheng | 200,000.00 | 0.00 | 8,738.90 |
| 3 | Shang Yanwei | 1,136,500.00 | 0.00 | 49,658.78 |

|  | Total to be paid for timely general unsecured claims: | $ | 115,200.51 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $170,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Yan Cui | 170,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**